

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-22-00145-CV
_____

NOBEL LEAF HOLDINGS, LLC, APPELLANT

V.

FIRST UNITED BANK, APPELLEE

On Appeal from the 64th District Court
Castro County, Texas
Trial Court No. A10796-2203; Honorable Danah L. Zirpoli, Presiding

May 16, 2022

## ORDER GRANTING TEMPORARY STAY

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Nobel Leaf Holdings, LLC, filed an interlocutory appeal asking this court to review the trial court's April 29, 2022 temporary injunction prohibiting it from interfering with the possessory rights in certain collateral of Appellee, First United Bank. Pursuant to that temporary injunction, First United Bank sought to take possession of that collateral pending final resolution of its claims against Nobel Leaf Holdings, LLC. In response,

Nobel Leaf Holdings, LLC filed this appeal and sought a temporary stay. On May 13, 2022, pending a meaningful review and consideration of the request for a temporary stay, this court issued a letter ruling to preserve the status quo granting a temporary stay awaiting further orders of this court.

Upon further consideration, it is the order of this court that on Appellant's filing with the district clerk below an appropriate bond in the amount of $1,000, Nobel Leaf Holdings, LLC's *Emergency Motion for Temporary Relief and Motion for Stay* shall be granted and that pending final disposition on the merits, First United Bank shall be prohibited from seizing any assets of Nobel Leaf Holdings, LLC without its prior express written consent. Any express written consent must adequately describe the property being seized and be filed with the clerk of this court in order to be valid. Furthermore, it is ordered that the letter ruling of May 13, 2022, shall expire on the filing of the above-referenced bond or ten days from the date of this order, whichever occurs first.

Per Curiam